AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# United States District Court
for the
Eastern District of Missouri

United States of America
v.
Teneal Drayton

Case No: 4:03CR777
USM No: 30872-044

Date of Previous Judgment: 10/08/04
(Use Date of Last Amended Judgment if Applicable)

Bartholomew Baumstark
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **106** months is reduced to **97 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 23
Criminal History Category: I
Previous Guideline Range: 46 to 57 months

Amended Offense Level: 21
Criminal History Category: I
Amended Guideline Range: 37 to 46 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This reduction reflects a revised calculation on Counts I and II. It does not change the sentence on Count VIII which remains 60 months to be served consecutively to the sentence on Count I.

Except as provided above, all provisions of the judgment dated 10/08/04 shall remain in effect.

**IT IS SO ORDERED**

Order Date: May 28, 2008

Judge's Signature

Effective Date: June 11, 2008
(if different from order date)

Jean C. Hamilton, United States District Judge
Printed Name and title